[No. 36352-2-I.    Division One.    November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EPHRAIM
RAY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-01292-6, Bobbe J. Bridge, J., entered February 17, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 13680-9-III.    Division Three.    November 21, 1995.]

*In the Matter of the Marriage of* MARK WILLIS
MERCER, *Appellant, and* PATRICIA ANN MERCER,
*Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 29787, Dennis D. Yule, J., entered
November 8, 1993. *Remanded* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13718-0-III.    Division Three.    November 21, 1995.]

JOSE MENDOZA, *Appellant*, v. TANA WOOD,
*Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-2-00112-7, Yancey Reser, J., entered
April 19, 1994. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 32984-7-I.    Division One.    November 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
JOHN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05229-6, Jerome Johnson, J., entered
June 8, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox, J., and Thorpe, J. Pro Tem.